

Present—Centra, J.P., Peradotto, Carni, Sconiers and Gorski, JJ. (Filed July 13, 2011.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW LEMON, Appellant. [930 NYS2d 172]— Present—Scudder, P.J., Centra, Fahey, Peradotto and Lindley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON BROWN, Appellant. [930 NYS2d 172]— Present—Scudder, P.J., Centra, Peradotto, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLIE MIXON, Appellant. [930 NYS2d 172]— Present—Scudder, P.J., Smith, Carni, Lindley and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY YOUNGBLOOD, Appellant. [930 NYS2d 172]— Present—Scudder, P.J., Peradotto, Carni, Sconiers and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK D'ANTUONO, Appellant. [930 NYS2d 172]— Present—Scudder, P.J., Smith, Sconiers, Green and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIUS COLEMAN, Appellant. [930 NYS2d 172]— Present—Scudder, P.J., Fahey, Peradotto, Lindley and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMION SMITH, Appellant. (Appeal No. 1.) [930 NYS2d 171]— Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMION SMITH, Appellant. (Appeal No. 2.) [930 NYS2d 171]— Present—Scudder, P.J., Smith, Carni, Lindley and Green, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER ARIOLA, Appellant. (Appeal No. 1.) [930 NYS2d 171]— Present—Scudder, P.J., Sconiers, Green, Gorski and Martoche, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER ARIOLA, Appellant. (Appeal No. 2.) [930 NYS2d 172]—